Robert A. Royce
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY TRUST and ANNUITY FUND, and PACIFIC NORTHWEST IRONWORKERS AND EMPLOYERS APPRENTICESHIP AND TRAINING TRUST<br><br>      Plaintiffs,<br><br>vs.<br><br>NORTHWEST STEELWORKS, LLC, and IRONSHORE INDEMNITY, INC. BOND NO. SUR40008708<br><br>      Defendant. | Case No. 3:22-cv-00015-HRH |

**PLAINTIFFS' COMPLAINT**

COMES NOW Plaintiff, by and through its attorneys, JERMAIN, DUNNAGAN & OWENS, P.C., and for its causes of action against Defendants, NORTHWEST STEELWORKS, LLC, and IRONSHORE INDEMNITY, INC., BOND NO. SUR40008708, complains and alleges as follows:

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

## INTRODUCTION

1. **Causes of Action:** This action arises under §§ 502(a)(3), 502(e)(1), and 515 of the Employee Retirement Income Security Act, *as amended*, 29 U.S.C. §§ 1132(a)(3), 1132(e)(1), and 1145 (the "ERISA" claims) and AS 08.18.081 (the "Contractor Licensing Bond" claims).

2. **Jurisdiction**: This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and has supplemental jurisdiction over the state law claims alleged in this Complaint pursuant to 28 U.S.C. § 1367.

3. **Venue:** Venue lies in the United States District Court for the District of Alaska pursuant to 28 U.S.C. § 1391(b)(2).

## THE PARTIES

4. **Plaintiffs.** Plaintiffs are the NORTHWEST IRONWORKERS HEALTH AND SECURITY TRUST and ANNUITY FUND and PACIFIC NORTHWEST IRONWORKERS AND EMPLOYERS APPRENTICESHIP AND TRAINING TRUST ("Trust Funds") and Trustees.

5. **Standing.** The Trust Funds are entitled to bring this suit pursuant to § 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1), in its capacity as an employee benefit plan governed by both Trustees and fiduciaries of the Trust Funds, as those terms are defined at § 3(21) of ERISA, 29 U.S.C. § 1002(21).

6. **Defendants.** Upon information and belief, Defendant Northwest Steelworks, LLC is an Alaska Corporation and did business in the State of Alaska at the time of the events set forth in this Complaint.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

7. Upon information and belief, at all times relevant to this suit, Defendant Northwest Steelworks, LLC was an "employer" as that term is defined at § 3(5) of ERISA, 29 U.S.C. § 1002(5).

## FIRST CAUSE OF ACTION
### (ERISA)

8. Plaintiff incorporates by reference each of the allegations set forth in paragraphs 1 through 8 of Plaintiff's Complaint.

9. Northwest Steelworks, LLC, executed a Compliance Agreement with the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, Local No. 751 ("Union"), dated June 21, 2013, attached hereto as **Exhibit 1**.

10. The Compliance Agreement incorporates all terms and conditions of the Collective Bargaining Agreement (**"**CBA") between the Alaska Steel Contractors and Erectors Association and the Union, as that term is referenced at § 515 of ERISA, 29 U.S.C. § 1145.

11. By the specific terms of the Compliance Agreement (**Exhibit 1**) and the CBA, Defendant Northwest Steelworks, LLC agreed to comply with all terms of the Alaska Ironworkers Trust Agreements ("Trust Agreements") and pay contributions to the Trust Funds for all employees working for Defendant Northwest Steelworks, LLC.

12. The Trust Agreements are writings that comply in all respects with the requirements of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 186(c)(5).

13. Pursuant to the CBA and the Trust Agreements to which Defendant Northwest Steelworks, LLC is bound, it employed persons within the trade and territorial jurisdiction of the CBA and the Trust Agreements, and thereby became obligated to submit timely reports and remit those employer contributions on all hours worked by bargaining unit employees as

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

required to the Plaintiff Trust Funds on a monthly basis. A copy of the audit has been previously provided to counsel for Northwest Steelworks, LLC.

14. An audit of Defendant Northwest Steelworks, LLC's payroll books and records, including banking records, for the period of January 2019 through September 2020 was conducted in 2021 to determine whether Defendant has in fact submitted timely reports and remitted the employer contributions on all hours worked by bargaining unit employees as required to the Plaintiff Trust Funds on a monthly basis.

15. The audit of Defendant Northwest Steelworks, LLC's records demonstrate that Defendant breached the CBA and Trust Agreements by failing to pay in a timely manner complete benefit contributions owing to the Trust Fund. The audit reflects that Defendant has underpaid its contributions to the Health and Security Trust in the amount of $9,159.77, the Annuity Fund in the amount of $3,800.99 and the Apprenticeship & Training Fund in the amount of $1,183.56.

16. In addition to the amounts specified in the audit, the CBA and Trusts under § 502(g) of ERISA, 29 U.S.C. § 1132(g), require Defendant Northwest Steelworks, LLC to pay the following: Costs incurred in reviewing its payroll records resulting in a delinquency determination; liquidated damages for failure to make timely and full contribution payments to the Trust Funds; plus all interest, reasonable attorney fees, and costs incurred. Defendant Northwest Steelworks, LLC is liable to Plaintiff for these costs, damages, interest and fees.

## SECOND CAUSE OF ACTION
**Contractor Licensing Bond (AS 08.18.071-.081)**

17. Plaintiff incorporates by reference each of the allegations set forth in paragraphs 1 through 16 of Plaintiff's Complaint.

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

18. Defendant Ironshore Indemnity, Inc. bound itself in the sum of $10,000.00 under Bond No. SUR40008708, to assure payment of claims made by all persons supplying labor and material in the prosecution of the work performed by Northwest Steelworks, LLC. The Bond was filed with the State of Alaska, as required by AS 08.18.071 for contractors doing business in the State of Alaska. The surety bond's effective date was March 8, 2016.

19. By reason of the failure of Defendant Northwest Steelworks, LLC to comply with its obligations under the CBA and Trust Agreements, Plaintiff may have a claim upon Bond No. SUR40008708 with Ironshore Indemnity, Inc. pursuant to AS 08.18.071 and AS 08.18.081. Plaintiffs may be entitled to payment from Defendant Ironshore Indemnity, Inc. in the amount of $10,000.00 pursuant to AS 08.18.081.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Trust Funds pray for judgment against the Defendant as follows:

1. That this Court enter judgment against Defendant in the amount of $14,134.32 for unpaid contributions, plus liquidated damages and interest, the exact amount to be proven at trial;

2. That this Court enter judgment against Defendant for payment of the payroll audit and accounting fees;

3. That this Court enter judgment against Defendant for full reasonable attorney fees as required by Plaintiff Trust Funds;

4. That this Court enter judgment against Defendants Northwest Steelworks, LLC and Ironshore Indemnity, Inc., Bond No. SUR40008708, jointly and severally, awarding Plaintiff Trust Funds any delinquent contributions due and owing as proven in this action; interest at the contract rate of ten percent (10%) per annum; liquidated damages; and, all attorneys' fees and costs in accordance with the terms of the CBA and Trust Agreement;

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

5. For post-judgment interest at the maximum lawful rate; and

6. For such other and further relief as the Court deems just and equitable.

DATED at Anchorage, Alaska this 26th day of January, 2022.

JERMAIN DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

By: */s/ Robert A. Royce*
Robert A. Royce, ABA No. 8511193
JERMAIN DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone (907) 563-8844
Fax (907) 563-7322
rroyce@jdolaw.com

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322